**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN   DISTRICT OF TENNESSEE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **W. Gates Real Estate Holdings, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-2585848** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2794 Sanford Road**<br>**Nolensville, TN 37135**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Williamson**<br>County | **Location of principal assets, if different from principal place of business**<br>**2794 Sanford Road Nolensville, TN 37135**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **W. Gates Real Estate Holdings, LLC**                    Case number (*if known*) _____
            Name

**7.   Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------|------|-------|-------------|-------|
| District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
|--------|-------|---|---|-------------|-------|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **W. Gates Real Estate Holdings, LLC**          Case number (*if known*) _____
         Name

---

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
   Contact name _____
   Phone _____

---

| | **Statistical and administrative information** |
|---|---|

**13.** **Debtor's estimation of available funds**   .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **W. Gates Real Estate Holdings, LLC**                    Case number (*if known*) _____
         Name

| | |
|---|---|
| ███ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 29, 2026**
              MM / DD / YYYY

**X** **/s/   William Coffee**                                    **William Coffee**
Signature of authorized representative of debtor                 Printed name

Title   **Managing Member**

**18. Signature of attorney**   **X** **/s/ W. Thomas Bible,, Jr.**                    Date   **April 29, 2026**
                                Signature of attorney for debtor                              MM / DD / YYYY

**W. Thomas Bible,, Jr. 014754**
Printed name

**Tom Bible Law**
Firm name

**6112 Shallowford Road**
**Chattanooga, TN 37421**
Number, Street, City, State & ZIP Code

Contact phone   **(423) 424-3116**      Email address   **tom@tombiblelaw.com**

**014754 TN**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **W. Gates Real Estate Holdings, LLC** |
| United States Bankruptcy Court for the: | **EASTERN   DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Houston County Trustee PO Box 210**<br><br>**Erin, TN 37061** | | | | | | **$0.00** |
| **Kenya McEwen 1103 Chickadee Circle Hermitage, TN 37076** | | | | | | **$60,000.00** |
| **Nicole Lawrence 241 Grovedale Trace Antioch, TN 37013** | | | | | | **$24,000.00** |
| **Rutherford County Trustee County Courthouse Suite 102**<br><br>**Murfreesboro, TN 37130** | | | | | | **$0.00** |
| **Stephen Bratcher 3504 Mt View Ridge Drive Antioch, TN 37013** | | | | | | **$37,500.00** |
| **Tennessee Department of Revenue c/o Tennessee Attorney General's Office Bankruptcy Division PO Box 20207 Nashville, TN 37202-0207** | **(615) 741-1935** | **Judicial lien Book 9992 Page 435 Williamson County Reg of Deeds** | | **Unknown** | **$0.00** | **$0.00** |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   **W. Gates Real Estate Holdings, LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wallace Building Supply c/o T. Meriwether, Esq 6100 Tower Circle, Suite 200 Franklin, TN 37067** | | **Judicial Lien Book 9924/768-770 Williamson County TN Reg of Deeds** | | $33,249.99 | $0.00 | $33,249.99 |
| **Williamson County Tax 1320 West Main Street Franklin, TN 37064** | | | | | | $0.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
### Eastern District of Tennessee

In re   **W. Gates Real Estate Holdings, LLC**                       Case No.
                                    Debtor(s)                        Chapter    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above Debtor(s) hereby verifies under the penalty of perjury under the laws of the United States of America that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 29, 2026**                **/s/  William Coffee**
                                          **William Coffee**/**Managing Member**
                                          Signer/Title

Date:   **April 29, 2026**                **/s/ W. Thomas Bible,, Jr.**
                                          Signature of Attorney
                                          **W. Thomas Bible,, Jr. 014754**
                                          **Tom Bible Law**
                                          **6112 Shallowford Road**
                                          **Chattanooga, TN 37421**
                                          **(423) 424-3116 Fax: (423) 499-6311**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


First National Bank of Middle TN
200 East Main Street
McMinnville, TN 37110


Houston County Trustee
PO Box 210
Erin, TN 37061


Kenya McEwen
1103 Chickadee Circle
Hermitage, TN 37076


Kirkland
3000 Business Park Circle, Suite 500
Goodlettsville, TN 37072


Nicole Lawrence
241 Grovedale Trace
Antioch, TN 37013


Rochelle, McCulloch & Aulds, PLLC
109 North Casle Heights Avenue
Lebanon, TN 37087


Rutherford County Trustee
County Courthouse Suite 102
Murfreesboro, TN 37130


Stephen Bratcher
3504 Mt View Ridge Drive
Antioch, TN 37013


Tennessee Department of Revenue
c/o Tennessee Attorney General's Office
Bankruptcy Division PO Box 20207
Nashville, TN 37202-0207


Tree of Life Investments LLC
129 Popular Street
Eagleville, TN 37060


US Attorney's Office
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 211
Knoxville, TN 37902


Wallace Building Supply
c/o T. Meriwether, Esq
6100 Tower Circle, Suite 200
Franklin, TN 37067

Williamson County Tax
1320 West Main Street
Franklin, TN 37064


Wilson Bank
PO Box 768
Lebanon, TN 37088

# United States Bankruptcy Court
## Eastern  District of Tennessee

In re    **W. Gates Real Estate Holdings, LLC**                                          Case No.

Debtor(s)                                    Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **W. Gates Real Estate Holdings, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**April 29, 2026**                                          **/s/ W. Thomas Bible,, Jr.**

Date                                                          **W. Thomas Bible,, Jr. 014754**

Signature of Attorney or Litigant
Counsel for    **W. Gates Real Estate Holdings, LLC**
**Tom Bible Law**
**6112 Shallowford Road**
**Chattanooga, TN 37421**
**(423) 424-3116  Fax:(423) 499-6311**
**tom@tombiblelaw.com**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy