

**SO ORDERED.**
**SIGNED this 13th day of May, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_Nicholas W. Whittenburg_
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE WINCHESTER DIVISION

**IN RE**

**W. GATES REAL ESTATE**          **Case No. 4:26-bk-11110-NWW**
**HOLDINGS, LLC**

### ORDER

Upon the Debtor in Possession's Motion To Extend Deficiency Deadline and for cause shown that additional time is required to file the required statements and schedules, it is therefore

**ORDERED** that the deadline by which the Debtor shall file all deficient documents, including its statement of financial affairs and schedules, is extended from May 13, 2026 to May 27, 2026.  Failure to file the deficiency documents by May 27, 2026 may result in dismissal of the above case without further notice or hearing.

### ###

PREPARED FOR ENTRY:

TOM BIBLE LAW


/s/ W. Thomas Bible, Jr.
 W. Thomas Bible, Jr. (014754)
6112 Shallowford Rd
Chattanooga, TN 37421
(423) 424-3116