**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| **W. GATES REAL ESTATE** | ) | **Case No. 4:26-bk-11110-NWW** |
| **HOLDINGS, LLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor(s)** | ) | |

**NOTICE OF PROPOSED SALE OF PROPERTY, COMBINED
WITH MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS**

---

**NOTICE OF HEARING**

**Notice is hereby given that:**

**A hearing will be held on the Notice of Proposed Sale of Property, Combined with Motion to Sell Property Free and Clear of Liens on July 13, 2026, at 9:30 AM CST, in the United States Bankruptcy Court, U.S. Post Office & Courthouse, Second Floor Courtroom, 200 South Jefferson Street, Winchester, TN 37398.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

---

Debtor(s), by and through counsel, gives notice of intent to sell the property described below in the manner and at the time stated below, and requests an order authorizing the sale of the property free and clear of the interest(s) in such property described below. The movant makes the following representations in support of this request:

1.      The property to be sold may be described as follows: 2731 Sanford Rd, Nolensville, TN

37135 as recorded in Williamson County, Tennessee Reg of Deeds Book 9377; Page 534

(hereinafter the "Property").

2.      The name of the proposed buyer(s) is/are:   Francisco Fernando Esquival and Veronica

Vegas Rojas.

3.      The purchase price is $934,900.00, and the estate or the debtor(s) will also receive the

following additional consideration: None.

4.      The sale is to be made by:      Private sale. The terms and conditions of the sale are listed

in the attached Purchase and Sale Agreement and are conditioned upon the following additional

provisions by the Court:

    a.      The Deed of Trust of Wilson Bank & Trust (hereinafter "Wilson"), recorded on

November 19, 2023, at Book 9377, Page 537 with the Williamson County Register of Deeds

Office, attaches to any and all proceeds of sale, up to the full amount of their payoff as determined

on the date of closing.

    b.      The Deed of Trust of Tree of Life Investments (hereinafter "TOLI"), recorded on

August 6, 2025, at Book 9924, Page 768, said Register's Office, attaches to any and all proceeds

of sale, up to the full amount of their payoff as determined on the date of closing.

    c.      The judgment lien of Wallace Building Supply, recorded on January 15, 2026, at

Book 9994, Page 768, said Register's Office, attaches to any and all proceeds of sale, up to the full

amount of their payoff as determined on the date of closing.

    c.      The lien of the State of Tennessee Department of Revenue, recorded on April 9,

2026 at Book $8,043.43 at Book 9992, Page 435, said Register's Office, attaches to and all

proceeds of sale, up to the full amount of their payoff as determined on the date of closing.

d.      The judgment lien of Luke Nemeth & Dreamhomes, Inc., recorded on June 18, 2025 at Book 9759, Page 723, said Register's Office, will not be paid from the proceeds of sale, and shall be partially released as to the Property, but shall continue to attach to all of the remaining property referenced in said judgment.

e.      All closing costs, fees, realtor commissions, and prorated property taxes shall be paid at closing.

f.      All remaining net proceeds shall be remitted by Debtor's title company, Rudy Title & Escrow, to the Rutherford County Clerk & Master, 116 W. Lytle St, Suite 5101, Murfreesboro, TN 37130, and reference "Luke Nemeth et al v. Will Coffee et. al., Docket No. 24CV-1739, per Order Entered June 18, 2025."

5.      Debtor requests that the stay provided for in FRBP 6004(h) be waived.

6.      An Application to Employ Realtor will be forthcoming, with a hearing to be requested for the same day as this Motion.

WHEREFORE, premises considered, Debtor prays that the Court grant its Motion, and for all other just and proper relief.

Respectfully submitted,

TOM BIBLE LAW

BY:/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr., BPR 014754
6112 Shallowford Road
Chattanooga, TN 37421
Phone: 423-424-3116
tom@tombiblelaw.com
Attorney for the Debtor

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 22, 2026 true and correct copies of the foregoing Application, all Exhibits thereto (if any), and the proposed Order were served electronically via the electronic case filing (ECF) system to the following:

U.S. Trustee – ustpregion08.cn.ecf@usdoj.gov
David Holesinger, Attorney for U.S. Trustee – David.Holesinger@usdoj.gov
Amanda Stofan, Subchapter V Trustee – amstrustee@8053100.com
Marvin Clements, TN Attorney General's Office: agbankedchatt@ag.tn.gov
Jason King, Attorney for Tree of Life Investments – jking@mborolaw.com
Thomas W. Lawless, Attorney for First National Bank of Middle Tennessee – tomlawless@comcast.net
To all parties consenting to service via ECF

I further certify that on June 22, 2026 true and correct copies of the foregoing Application, all Exhibits thereto (if any), and the proposed Order were sent via U.S. Mail Postage Prepaid to all parties listed on the attached matrix.

/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr.