

**SO ORDERED.**
**SIGNED this 13th day of July, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_Nicholas W. Whittenburg_
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF TENNESSEE
## WINCHESTER DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| **W. GATES REAL ESTATE** | ) | **Case No. 4:26-bk-11110-NWW** |
| **HOLDINGS, LLC** | ) | **Chapter 11** |
| | ) | |
| **Debtor(s)** | ) | |

## ORDER ON NOTICE OF PROPOSED SALE OF PROPERTY, COMBINED WITH MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS

This case is before the court on the Motion of Debtor(s), by and through counsel, which seeks authorization to sell certain property free and clear of liens, such property being 2731 Sanford Rd, Nolensville, TN 37135 as recorded in Williamson County, Tennessee Reg of Deeds Book 9377; Page 534 (hereinafter the "Property"), for the consideration and under the terms and conditions stated in the notice of sale filed by the movant(s). The court has conducted a hearing and determines that the movant(s) is (are) entitled to the relief sought. Accordingly, it is hereby

ORDERED that the sale of the property described above may proceed under the terms and conditions stated in the notice of sale, and that the sale will be free and clear of the interests of the entities identified above with such interests to attach to the proceeds of the sale. It is further

ORDERED as follows:

a.  The Deed of Trust of Wilson Bank & Trust (hereinafter "Wilson"), recorded on November 19, 2023, at Book 9377, Page 537 with the Williamson County Register of Deeds Office, attaches to any and all proceeds of sale, up to the full amount of their payoff as determined on the date of closing.

b.  The Deed of Trust of Tree of Life Investments (hereinafter "TOLI"), recorded on August 6, 2025, at Book 9797, Page 278, said Register's Office, attaches to any and all proceeds of sale, up to the full amount of their payoff as determined on the date of closing.

c.  The judgment lien of Wallace Building Supply, recorded on January 15, 2026, at Book 9994, Page 768, said Register's Office, attaches to any and all proceeds of sale, up to the full amount of their payoff as determined on the date of closing.

d.  The lien of the State of Tennessee Department of Revenue, recorded on April 9, 2026 at Book $8,043.43 at Book 9992, Page 435, said Register's Office, attaches to and all proceeds of sale, up to the full amount of their payoff as determined on the date of closing.

e.  The judgment lien of Luke Nemeth & Dreamhomes, Inc., recorded on June 18, 2025 at Book 9759, Page 723, said Register's Office, will not be paid from the proceeds of sale, and shall be partially released as to the Property, but shall continue to attach to all of the remaining property referenced in said judgment.

f.  All closing costs, fees, realtor commissions, and prorated property taxes shall be paid at closing.

g.      All U.S. Trustee fees related to this transaction, currently estimated in the amount of $3,739.60, shall be paid at closing.

h.      All remaining net proceeds shall be remitted by Debtor's title company, Rudy Title & Escrow, to the Rutherford County Clerk & Master, 116 W. Lytle St, Suite 5101, Murfreesboro, TN 37130, and reference "Luke Nemeth et al v. Will Coffee et. al., Docket No. 24CV-1739, per Order Entered June 18, 2025."

It is further ORDERED that, pursuant to Debtor's request, the 14-day stay as provided in FRBP 6004(h) is hereby waived.

# # #

APPROVED FOR ENTRY:

TOM BIBLE LAW

BY:/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr., BPR 014754
6112 Shallowford Road
Chattanooga, TN 37421
Phone: 423-424-3116
tom@tombiblelaw.com
Attorney for the Debtor